## NOTIFICATION OF LATE RECORD

**FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TX**
December 8, 2015
**KEITH E. HOTTLE
CLERK OF THE COURT**

**Court of Appeals No., if known:** <u>04-15-00688-CV</u>
**Trial Court No.:** <u>2012PB4-000048-L2</u>
**Trial Court Style:** <u>In the Estate of Carlos Aguilar, Deceased</u>

I am the official responsible for preparing the reporter's record in the above- referenced appeal.
The approximate date of trial was: <u>N/A</u>
The record was originally due: <u>N/A – I Have no clue what date of record is due.</u>
I anticipate the length of the record to be: <u>N/A pages</u>.
I anticipate the record to be ready on: <u>01/31/16</u>

I am unable to file the record by the date such record is due because:

☑ the appellant has not to this date designated or requested the appellate record;

☑ furthermore, the appellant is not entitled to appeal without paying the fee, and the appellant has failed to make arrangements to pay the fee for preparing such record;

☑ my other duties or activities preclude working on the record;

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date: <u>December 8, 2015</u>          Signature: *Roxann G Soto*
                                        Printed
                                        Name : <u>Roxann G. Soto</u>
                                        Title: <u>Official Court Reporter, County Court at Law #2</u>

## Acknowledgment

**State of Texas**          §
**County of Webb**          §

Before me, the undersigned authority, on this day personally appeared Roxann G. Soto, known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the reasons expressed therein.

Date: <u>December 8 , 2015</u>          Signature: _____

Seal:
JOSE GERARDO PEREZ
MY COMMISSION EXPIRES
February 28, 2016

Printed
Name: <u>Jose Gerardo Perez</u>